UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23656-MGC

JESUS GONZALEZ

    Plaintiff,
vs.

MICHAELS STORES, INC.,
d/b/a Michaels on Flagler,
and Flagler S.C., LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Jesus Gonzalez ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendants MICHAELS STORES, INC., d/b/a Michaels on Flagler, and Flagler S.C., LLC ("Defendants") to resolve the claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                         */s/ J. Courtney Cunningham*
                                         J. Courtney Cunningham, Esq.