UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-23656-MGC

JESUS GONZALEZ

    Plaintiff,

vs.

MICHAELS STORES, INC.,
d/b/a Michaels on Flagler,
and Flagler S.C., LLC

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JESUS GONZALEZ by and through his attorney, respectfully submits this Stipulation of Dismissal of this action with prejudice as to all claims, causes of actions, and parties, with each party to bear its/his own costs and fees. The parties request that this Court terminate the action.

Dated: June 7, 2022

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
Email: cc@cunninghampllc.com
Attorney for Plaintiff

Respectfully submitted,

/s/ John B. Rosenquest , IV
John B. Rosenquest , IV
Rosenquest Law Firm P.A.
8325 NE 2nd Avenue
Ste 114
Miami, FL 33138
305-607-5115
Fax: 305-402-8183
Email: jay@rosenquestlawfirm.com

/s/ Siobhan E.P. Grant
Siobhan E.P. Grant
Hinshaw & Culbertson LLP

1046178\310900251.v1

        2525 Ponce de Leon Blvd
        4th Floor
        Coral Gables, FL 33134
        305-358-7747
        Email: sgrant@hinshawlaw.com
        Attorney's for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 07, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.